To: James Huggler Jr

FILED
12/30-2014
Twelfth Court of Appeals
Cathy Lusk
Clerk

ACCEPTED
12-13-00350-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/30/2014 9:58:31 AM
CATHY LUSK
CLERK

RECEIVED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/30/2014 9:58:31 AM
CATHY S. LUSK
Clerk

The sentence was a little excessive for a first time offender. Counsel did not represent Defendant in his entirety, did not give the Defendant all the options that was available to him. He did not push for a MHMR lawyer knowing fully well the lack of Defendant's competency.

The lack of motions such as psychological evaluation was never mentioned. It is not ignorance of the law when your mind cannot analytically comprehend it. Defendant has never had a run-in with the law and did his best to work and stay in school.

Probation was recommended but never considered due to the District Attorney's opinion of thinking charge was "too severe." Counsel deliberately allowed District Attorney time and to incriminated Defendant without a proper defense. Counsel's defense was so erroneously that with another appointed counsel the outcome would have been completely different.

With that said Defendant prays for this appeal to be reversed and remanded for the sake of fair counseling.

This a letter of things I want you to argue on the 29th when you stand court. This letter was to Inform you and I need you to mention these things Thank you

yours Truly

Davon Grades